IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ronnie Estes,<br><br>      **Plaintiff,**<br><br>  v.<br><br>**Renaissance Hotel Operating Company and Elegant Staffing.**<br><br>      **Defendants.** | CIVIL ACTION NO.<br>1:17-cv-00458-CAP |

## ORDER APPROVING SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Elegant Staffing (Elegant) filed a Consent Motion for Approval of a proposed Settlement Agreement.

Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of the Plaintiff's claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, GRANTED.

The Court notes that Defendant Renaissance Hotel Operating Company (Renaissance) declined to participate in the Settlement Agreement.

IT IS HEREBY ORDERED that the Settlement Agreement is approved. It is further ORDERED that as a result of this Settlement, Plaintiff is asserting no

further claims against Renaissance and Renaissance has asserted no claim for relief in this case.

Plaintiff and Elegant are directed to file a Joint Stipulation of Dismissal with Prejudice as to all claims asserted or which could have been asserted by any Party in this case within five (5) days of receipt by Plaintiff of the settlement payments. The Court will dismiss with prejudice all claims asserted or that could have been asserted. The Parties in this case shall bear their own costs.

**SO ORDERED** this the __23rd__ day of __MARCH__, 2018.

/s/CHARLES A. PANNELL, JR.

HONORABLE CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE